Diane G. Reed
Chapter 7 Trustee
604 Water Street
Waxahachie, TX 75165
(972) 938-7334
(972) 923-0430 (fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| ROBERT L. SMITH and | § | CASE NO. 05-94549-DML-7 |
| EARNEST SMITH, | § | (Chapter 7) |
| | § | |
| Debtors. | § | **No Hearing Requested** |

## APPLICATION TO EMPLOY REED & ELMQUIST, P.C. AS ATTORNEYS FOR CHAPTER 7 TRUSTEE

**TO THE HONORABLE D. MICHAEL LYNN, U.S. BANKRUPTCY JUDGE:**

DIANE G. REED, Chapter 7 trustee ("Applicant"), files this her Application to Employ Reed & Elmquist, P.C. ("R&E") as Attorneys for the Chapter 7 Trustee, and in support thereof would respectfully show the Court as follows:

1. This Court has jurisdiction to hear this application under the provisions of 28 U.S.C. §§ 1334 and 157. This matter involves the administration of a bankruptcy estate and, thus, is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. On October 14, 2005 (the "Petition Date"), the Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code"), initiating the above-referenced case with this Court. The Trustee was appointed the chapter 7 trustee, and she continues to serve in that capacity.

3. Pursuant to 11 U.S.C. § 327, the Applicant requests approval of this Court to employ R&E as her attorneys in this case. The Applicant has selected R&E because the firm is well qualified to provide the professional legal services required by the Applicant in this case. Specifically, David W. Elmquist, a shareholder of R&E, is personally familiar with this case and the estate's assets. He recently left the law firm of Winstead PC who was previously approved by this Court by order entered February 6, 2007 as special counsel to the Trustee on a contingent fee basis. Accordingly, Winstead will no longer be providing legal services as special counsel to the Trustee.

4. The services that R&E will provide the Applicant include the following:

(a) represent the Applicant in matters and transactions relating to the disposition of the assets of the bankruptcy estate;

(b) advise the Applicant with respect to legal matters arising from the Debtors' financial and business activities, and the disposition of the Debtors' assets;

(c) represent the Applicant in certain contested matters and adversary proceedings that may be filed in the Debtors' case;

(d) appear at proceedings in the case as deemed necessary or appropriate by the Applicant and R&E;

(e) pursue, at the request of Applicant, certain preference, avoidance, and other causes of action of the Debtors or the Debtors' estate; and

(f) perform such other legal services as may be necessary or appropriate and as requested by Applicant.

5. To the best of the Applicant's knowledge R&E has no connection with the Debtors' creditors or any other party in interest, or their respective attorneys or accountants other

than as set forth in the affidavit of David W. Elmquist ("Elmquist"), attached hereto as **Exhibit A**. Based on Elmquist's affidavit, the Applicant believes and represents that, to the best of her knowledge, R&E is a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

6. Subject to the Court's approval, R&E will charge the Applicant for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates as in effect on the date services are rendered. The current minimum hourly rates for the primary attorney and paralegal who will be performing substantially all of the services to the Applicant are listed below.

| | |
|---|---|
| David W. Elmquist, Shareholder: | $350.00 |
| Linda Kaye Paquette, Paralegal: | $140.00 |

7. In addition to compensation for professional services rendered, R&E shall seek reimbursement for reasonable and necessary expenses incurred in connection with these proceedings, including, but not limited to, filing fees, deposition and other transcript costs, Lexis, PACER and other electronic research, travel expenses, long distance and fax charges, messenger services, postage and reproduction costs.

8. The Applicant believes that the employment of R&E will be in the best interest of the estate and, accordingly, the Applicant requests that R&E be employed as counsel for the Applicant. The Applicant requests that R&E's employment be approved effective as of May 1, 2008.

WHEREFORE, the Applicant prays that this Court approve the employment of R&E on the terms set out herein, and for such other and further relief as the Applicant may be justly entitled.

Respectfully submitted,

/s/ Diane G. Reed
DIANE G. REED
Chapter 7 Trustee
604 Water Street
Waxahachie, TX 75165
(972) 938-7334
(972) 923-0430 (fax)

Proposed Counsel to Trustee:

David W. Elmquist (SBT #06591300)
**REED & ELMQUIST, P.C.**
604 Water Street
Waxahachie, TX 75165
(972) 938-7334
(972) 923-0430 (fax)
E-mail: delmquist@bcylawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, a true and correct copy of the foregoing Application was served via U.S. first class mail, postage prepaid, on the persons listed on the attached Service List.

/s/ David W. Elmquist
David W. Elmquist

IRS Special Procedures
MC 5029-Dal
1100 Commerce, Room 9A20
Dallas, TX 75242

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242

U.S. Attorney General
Department of Justice
Washington, DC 20001

501 W. Tenth Street
Fort Worth, TX 76102

Allied International
2101 Peorir Ave
Phoenix, AZ 85029

Applied Bank Card
PO Box 10008
Hunnington, VW

Bank First
1509 West 41st Street
Sioux Falls, SD 57105

Bombay Company
PO Box 97141
Gray, IN 37615

Calvary Portfolio Service
4050 E. Cotton Center Blvd.
Phoenix, AZ 85040

Capital One
P.O. Box 85015
Richmond, VA 23285-5015

Cavalry Portfolio Services,
7 Skyline Drive, 3rd Fl
Hawthorne, NY 10532

Chrysler Financial
P O Box 201147
Arlington, TX 76006

Citi Financial
2208 Highway 121 Suite 100
Bedford, TX 76021

CitiFinancial Auto
PO Box 1472
Minneapolis, MN 55440-1472

CitiFinancial Auto
PO Box 1472
Minneapolis, MN 55440-1472

Citibank (USA). N.A.
DBA: ZALES
PO Box 9025
Des Moines, IA 50368

Comptroller of Public Accounts
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

Conseco
P O Box 6152
Rapid City, SD 57709-6152

Credigy Recievibles
3950 Jhons Creek court
Suwanee, GA 30024

Credigy Services Corp.
P.O. Box 2689
Suwanee, GA 30024

Credit Systems Inc
1277 Country Club
Ft Worth, TX 76112

DaimlerChrysler Financial

Dillards
PO Box 981430
El Paso, TX 79998

Discover
P.O. Box 15316
Wilmington, DE 19850

Diversified International
7101 Mcewen RD STE 510
Farmers Branch, TX 75244

ER Phisicains Arlington
111 E. Center Street
Lorena, TX 76555

FBCS
841 E. Huntington Park Ave.
Philadelphia, PA 19124

FOLEY'S
PO BOX 66955
St Louis, MO 63166

First Premier Bank
601 S. Minnesota Ave.
Sioux Falls, SD 57104

Foleys
P O Box 1971
Houston, TX 77251-1971

| | | |
|---|---|---|
| HFC<br>P.O. Box 8633<br>Elmhurst, IL 60126 | HSBC<br>1441 Schibing Place<br>Salinas, CA 93901 | HSBC-Room Store<br>PO Box 703<br>Wood Dale, IL 60191 |
| Internal Revenue Service<br>Special Procedures -<br>PO Box 21126<br>Philadelphia, PA 19114 | LVNV Funding<br>PO Box 10497<br>Greenville, SC 29603 | LVNV Funding LLC., its<br>assignee of Resurgent Capital<br>Resurgent Capital Services,<br>Greenville, SC 29603-0587 |
| Lane Bryant<br>4590 E. Broad Street<br>Columbus, OH 43213 | NCO FIN-38<br>P O Box 13564<br>Philadelphia, PA 19101 | OSI Collection Services, Inc.<br>P.O. Box 551075<br>Jacksonville, FL 32256 |
| PREMIER BANKCARD/CHARTER<br>P.O. BOX 2208<br>Vacaville, CA 95696 | Paramount Recovery Systems<br>111 E. Center St.<br>Lorena, TX 76655 | Plaza Medical Center<br>900 N. Pearl Suite 208<br>Dallas, TX 75201 |
| Plaza Medical Center<br>PO Box 99400<br>Louisville, KY 40269 | Professional Bailsbond<br>58043 Court St.<br>Plaquemine, LA 70764 | Providian<br>PO Box 9180<br>Pleasanton, CA 94566 |
| Radiology Associates<br>801 W. Road to Six Flags<br>Arlington, TX 76012 | Recovery Management Systems<br>For GE Money Bank<br>dba DILLARD'S, 25 S.E. 2nd<br>Miami, FL 33131 | Sprint<br>PO Box 660092<br>Dallas, TX 75266 |
| Tarrant Emergency<br>PO Box 41414<br>Philadelphia, PA 19101 | Texas Medical Resources, LLP<br>P.O. Box 8549<br>Fort Worth, TX 76124-0549 | Triumph-Bank First<br>P.O. Box 89810<br>Sioux Falls, SD 75105 |
| United Revenue Corp.<br>204 Billings suite 120<br>Arlington, TX 76010 | World Financial Network<br>Lane Bryant Retail<br>c/o Weinstein & Riley, P.S., | Zales<br>PO Box 689183<br>Des Moines, IA 50368 |
| eCAST Settlement Corporation<br>HSBC Bank Nevada NA / HSBC<br>Services III, POB 35480<br>Newark, NJ 07193-5480 | David S. Kohm<br>David S. Kohm & Associates<br>1414 W. Randol Mill, Suite 118<br>Arlington, TX 76012 | Earnest Smith<br>2408 Glencrest Drive<br>Fort Worth, TX 76119 |
| Robert L. Smith<br>2408 Glencrest Drive<br>Fort Worth, TX 76119 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1496 | Pamela Arnold Bassel<br>Bassel & Wilcox, P.L.L.C.<br>P.O. Box 11509<br>Fort Worth, TX 76110-0509 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ROBERT L. SMITH and EARNEST SMITH, | § § § | CASE NO. 05-94549-DML-7 (Chapter 7) |
| Debtors. | § § | |

## AFFIDAVIT OF DAVID W. ELMQUIST IN SUPPORT OF TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF ELLIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared **DAVID W. ELMQUIST**, who, after being duly sworn, upon his oath deposed and stated as follows:

1. My name is David W. Elmquist. I am more than twenty-one (21) years of age and am competent and authorized to make this Affidavit. I have personal knowledge of the facts set forth herein and they are true and correct.

2. I have been licensed to practice law in the State of Texas since 1978. I am admitted to practice law and am in good standing in all of the federal district courts in Texas and in the Fifth and Eleventh Circuits.

3. I am a shareholder in the law firm of Reed & Elmquist, P.C. ("R&E"). I and R&E have been requested by Diane G. Reed, Chapter 7 Trustee (the "Trustee") to represent her in this Chapter 7 case.

4. This affidavit was prepared and is being submitted as an Exhibit to Trustee's Application to Employ Reed & Elmquist, P.C. as Attorneys for the Chapter 7 Trustee (the "Application"). I have read the Application and R&E agrees to the terms of employment set forth therein.

5. The Trustee desires to employ R&E to provide general legal services as needed throughout the course of the Robert L. Smith and Earnest Smith case. The legal services that R&E will render to the Trustee may be summarized as follows:

   (a) represent the Applicant in matters and transactions relating to the disposition of the assets of the bankruptcy estate;

(b) advise the Applicant with respect to legal matters arising from the Debtors' financial and business activities, and the disposition of the Debtors' assets;

(c) represent the Applicant in certain contested matters and adversary proceedings that may be filed in the Debtors' case;

(d) appear at proceedings in the case as deemed necessary or appropriate by the Applicant and R&E;

(e) pursue, at the request of Applicant, certain preference, avoidance, and other causes of action of the Debtors or the Debtors' estate; and

(f) perform such other legal services as may be necessary or appropriate and as requested by Applicant.

6. Subject to the Court's approval, R&E will charge the Trustee for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates as in effect on the date services are rendered.

7. The current minimum hourly billing rates for the attorney and paralegal who will be providing substantially all of the services to the Trustee in this case are as follows:

| | |
|---|---|
| David W. Elmquist, Shareholder: | $350.00 |
| Linda Kaye Paquette, Paralegal: | $140.00 |

8. In addition to compensation for professional services rendered, R&E expects to be reimbursed for reasonable and necessary expenses incurred in connection with this Chapter 7 case, including, but not limited to, filing fees, deposition and other transcript costs, Lexis, PACER and other electronic research, travel expenses, long distance and fax charges, messenger services, postage and reproduction costs.

9. R&E understands that compensation for services rendered to the Trustee and reimbursement of expenses will be subject to final allowance by this Court pursuant to a fee application to be filed by R&E.

10. The following are R&E's connection with the Debtors, the Debtors' creditors and other parties in interest and their respective attorneys and accountants, the United States Trustee and any person employed at the Office of the United States Trustee:

(a) Diane Reed, an attorney and shareholder with R&E, is on the panel of Chapter 7 trustees for the Northern District of Texas, and serves as the trustee for the Debtors' bankruptcy estate.

**AFFIDAVIT OF DAVID W. ELMQUIST** – Page 2

11. If, and when, additional information with respect to any other relationships which may exist between R&E, its shareholders, principals and staff members and the Debtors or any other party in interest in this case arises, supplemental affidavits describing such information shall be filed with the Court.

12. R&E does not hold or represent any interest adverse to the Trustee or the Debtors' estate. R&E is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code.

13. Neither R&E nor I have agreed to share compensation received in this case with any other person or entity not a member or regular associate of R&E.

DATED: May 19, 2008.

_____
David W. Elmquist, SBT #06591300
**REED & ELMQUIST, P.C.**
604 Water Street
Waxahachie, TX 75165
(972) 938-7334
(972) 923-0430 (fax)
E-mail: delmquist@bcylawyers.com

THE STATE OF TEXAS       §
                         §
COUNTY OF ELLIS          §

This instrument was **SUBSCRIBED AND SWORN TO** before me on May 19, 2008 by **DAVID W. ELMQUIST**, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

KAREN BIBBY
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 10-26-2008

AFFIDAVIT OF DAVID W. ELMQUIST – Page 3